DEFENDANT:          CAMERAN JOHNSON

AGE or YOB:         2002

COMPLAINT
FILED?              ____ YES ___X___ NO

                    If Yes, MAGISTRATE CASE NUMBER:

OFFENSE(S):         Count 1: Possession of a Machinegun, 18 U.S.C. § 922(o)
                    Count 2: Manufacturing Firearms without a License, 18 U.S.C. §
                    922(a)(1)(A), and 923(a), and 924(a)(1)(D)

LOCATION OF
OFFENSE:            El Paso County, Colorado

PENALTY:            Count 1: NMT 10 years' imprisonment; NMT $250,000 fine or both;
                    NMT 3 years' supervised release; $100 special assessment.
                    Count 2: NMT 5 years' imprisonment; NMT $250,000 fine or both;
                    NMT 3 years' supervised release; $100 special assessment.

AGENT:              Samuel Thompson, Special Agent, ATF

AUTHORIZED
BY:                 Celeste Rangel
                    Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 x   five days or less        ____ over five days        ____ other

THE GOVERNMENT

  X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

1