AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

United States of America
v.

CAMERAN JOHNSON

)
)
)
)
)
)

Case No.    25-cr-171-JLK

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CAMERAN JOHNSON                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(o) - Possession of a Machinegun
18 U.S.C. § 922(a)(1)(A), and 923(a), and 924(a)(1)(D) - Manufacturing Firearms without a License

Date:    5/22/2025

s/ C. Cuenca, Deputy Clerk
*Issuing officer's signature*

City and state:    Denver, Colorado

Jeffrey P. Colwell, Clerk U.S. District Cour
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ _____ *Arresting officer's signature* |
| _____ *Printed name and title* |